The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN STEWART,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 3:20-cv-05400-BHS<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Liberty Life Assurance Company of Boston (n/k/a Lincoln Life Assurance Company of Boston), makes the following disclosure:

1. Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.

/ / /

/ / /

/ / /

/ / /

/ / /



**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

DATED: July 6, 2020.

BARRAN LIEBMAN LLP

By s/ *Andrew M. Schpak*
Andrew M. Schpak, WSBA No. 39901
aschpak@barran.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By s/ *Iwana Rademaekers*
Iwana Rademaekers, Texas Bar No. 16452560
*Pro Hac Vice* pending
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

Attorneys for Defendant



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2020, I served the foregoing **CORPORATE DISCLOSURE STATEMENT** on the following parties at the following addresses:

Deborah M. Nelson
nelson@nelsonboydlaw.com
Jeffrey D. Boyd
boyde@nelsonboydlaw.com
Nelson Boyd, PLLC
411 University Street, Suite 1200
Seattle, WA 98101

Madison Tate Donaldson
madison@marcwhitehead.com
Marc Whitehead & Associates LLP
403 Heights Blvd.
Houston, TX 77007

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

☑ Electronic Filing using the Court's ECF System

☐ Facsimile

☐ First-class mail, postage prepaid

☐ Hand-delivery

☐ EMail

s/ *Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212