# United States District Court
# Western District of Washington

| | |
|---|---|
| ROBIN STEWART | Case Number: 3:20-cv-05400-BHS |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Iwana Rademaekers hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Liberty Life Assurance Company of Boston

The particular need for my appearance and participation is:

The necessity for this pro hac vice appearance and participation is that I have previously represented Liberty Life Assurance Company of Boston in this matter, and am therefore, familiar with the facts and ERISA issues in the current action.

I, Iwana Rademaekers understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/3/2020

Signature of Applicant: s/ Iwana Rademaekers

**Pro Hac Vice Attorney**

Applicant's Name: Iwana Rademaekers

Law Firm Name: Law Offices of Iwana Rademaekers, P.C.

Street Address 1: 14785 Preston Road, Suite 550

Address Line 2:

City: Dallas State: TX Zip: 75254

Phone Number w/ Area Code (214) 579-9319 Bar # 16452560 State Texas

Primary E-mail Address: iwana@rademaekerslaw.com

***(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)***

Secondary E-mail Address: sandy@rademaekerslaw.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Iwana Rademaekers is unable to be present upon any date assigned by the court.

Date: 7/6/2020 Signature of Local Counsel: s/ Andrew Schpak

Local Counsel's Name: Andrew Schpak

Law Firm Name: BARRAN LIEBMAN LLP

Street Address 1: c/o Gosanko & O'Halloran PLLC

Address Line 2: 7900 SE 28th Street, 5th Floor

City: Mercer Island State: WA Zip: 98040

Phone Number w/ Area Code (503) 228-0500 Bar # 39901

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed 7/3/2020 Signature s/ Iwana Rademaekers

*(Pro Hac Vice applicant name)*