MIKE KREIDLER
STATE INSURANCE COMMISSIONER

STATE OF WASHINGTON

www.insurance.wa.gov

OFFICE OF
## INSURANCE COMMISSIONER

Certificate number **20907** is being issued to certify that the Insurance Commissioner of the State of Washington (OIC) has **ACCEPTED** service of process in the matter below.

| | |
|---|---|
| Date Service of Process Accepted: | 06/15/2020 |
| Certificate Issued: | 07/20/2020 |
| Issued By: | Donnaesia Evans |
| Certificate Type: | Corrected |
| Reason: | DOCUMENT TITLE STATED CIVIL ACTION NO, INSTEAD OF COMPLAINT. ON BEHALF OF ATTORNEY I MADE THE CORRECT AND THE DOCUMENT TITLE NOW SAYS COMPLAINT |
| Certified Mailing Number: | |
| Service Requested Upon: | LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>CORPORATION SERVICE COMPANY<br>MC-CSC1<br>300 DESCHUTES WAY SW SUITE 208<br>TUMWATER, WA 98501 US |
| Authorized in Washington: | Yes |
| Attorney Details: | DEBORAH M NELSON<br>NELSON BOYD, PLLC<br>411 UNIVERSITY STREET<br>SUITE 1200<br>SEATTLE, WA 98101 US<br>206-971-7601 |
| Case Number: | 3:20-CV-05400-BHS |
| Plaintiff: | ROBIN STEWART |
| Defendant: | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |
| Documents: | SUMMONS IN A CIVIL ACTION<br>COMPLAINT |
| Copies Sent To: | DEBORAH M NELSON<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON |