Deborah M. Nelson, Esq. (State Bar No. 23087)
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PLLC
601 Union Street, Suite 2600
Seattle, Washington 98101
Telephone: (206) 971-7601

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | | |
|---|---|---|
| ROBIN STEWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-cv-05400 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | **NOTICE OF CHANGE OF ADDRESS** |
| | § | |
| Defendant. | § | |

PLEASE BE ADVISED the address of Nelson Boyd, PLLC, has changed. The new address, effective immediately, is:

Nelson Boyd, PLLC
601 Union Street, Suite 2600
Seattle, WA 98101

//

//

//

DATED this 22nd day of December 2020.

Respectfully submitted,

NELSON BOYD PLLC

By: */s/ Deborah M. Nelson*
Deborah M. Nelson, WSBA #23087
601 Union Street, Suite 2600
Seattle, Washington 98101
Telephone: (206) 971-7601
nelson@nelsonboydlaw.com

*/s/ Jeffrey D. Boyd*
Jeffrey D. Boyd, WSBA #41620
601 Union Street, Suite 2600
Seattle, Washington 98101
Telephone: (206) 971-7601
boyd@nelsonboydlaw.com