The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| ROBIN STEWART<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:20-cv-05400-BHS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Robin Stewart and Defendant Liberty Life Assurance Company of Boston (n/k/a Lincoln Life Assurance Company of Boston) file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

SUBMITTED this 6th day of January 2021.



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319 Fax (469) 444-6456

MARC WHITEHEAD & ASSOCIATES

By */s/ Madison Tate Donaldson*


Madison Tate Donaldson
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Email: madison@marcwhitehead.com
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940


*And* -

NELSON BOYD PLLC

By: */s/Deborah M. Nelson*


Deborah M. Nelson, WSBA #23087
Jeffrey D. Boyd, WSBA #41620411 University Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 971-7601
nelson@nelsonboydlaw.com


ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By */s/ Iwana Rademaekers*


Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


BARRAN LIEBMAN LLP

By */s/ Andrew Schpak*


Andrew Schpak, WSBA#39901
ASchpak@barran.com
Barran Liebman LLP
601 SW 2nd Avenue, Suite 2300

Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2021, I served the foregoing on the following parties at the following addresses:

Deborah M. Nelson
nelson@nelsonboydlaw.com
Jeffrey D. Boyd
boyde@nelsonboydlaw.com
Nelson Boyd, PLLC
411 University Street, Suite 1200
Seattle, WA 98101

Madison Tate Donaldson
madison@marcwhitehead.com
Marc Whitehead & Associates LLP
403 Heights Blvd.
Houston, TX 77007

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

☑ Electronic Filing using the Court's ECF System

☐ Facsimile

☐ First-class mail, postage prepaid

☐ Hand-delivery

☐ EMail

s/ *Iwana Rademaekers*
Iwana Rademaekers



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319 Fax (469) 444-6456